United States Court of Appeals
Fifth Circuit

**F I L E D**
July 22, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-50021
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOSE HUMBERTO CAMPA-FAVELA also known as, Carlos
Fabela-DeLeon

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
3:04-CR-1902-ALL-FM
----------------------

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that appellee's unopposed motion to vacate
sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to
remand to district court for resentencing in light of the Supreme
Court's opinion in *USA v. Booker* and this court's opinion in *USA
v. Mares* is GRANTED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

IT IS FURTHER ORDERED that appellee's alternative unopposed motion for extension of time for a period of fourteen (14) days from the court's denial of appellee's motion to vacate and remand is MOOT.